PULLEN ET AL. *v.* EDWARDS ET AL.

[No. 18,277.   Filed Nov. 23, 1897.   Rehearing denied Jan. 28, 1898.]

From the Marion Superior Court. *Affirmed.*

*J. Van Vorhis, W. W. Spencer, William Irwin* and *Kealing & Hugg,* for appellants.

*Eli F. Ritter* and *Jason E. Baker,* for appellees.

MONKS, J.—The questions presented by the record in this case are the same as those in *Pullen* v. *McKee, ante,* 709.   Upon the authority of that case this case is affirmed.

PULLEN ET AL. *v.* STEWART ET AL.

[No. 18,278.   Filed Nov. 23, 1897.   Rehearing denied Jan. 28, 1898.]

From the Marion Superior Court. *Affirmed.*

*F. J. Van Vorhis, W. W. Spencer, William Irwin* and *Kealing & Hugg,* for appellants.

*Eli F. Ritter* and *Jason E. Baker,* for appellees.

MONKS, J.—The questions presented in this case are the same as those in *Pullen* v. *McKee, ante,* 709.   Upon the authority of that case this case is affirmed.